

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**United States District Court**
Central District of California
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

May 21, 2025

LOS ANGELES COUNTY SUPERIOR COURT –
275 MAGNOLIA AVENUE
LONG BEACH, CA 90802

Re:   Case Number:      2:25−cv−01346−MCS−RAO
         Previously Superior Court Case No.      25LBCV00222
         Case Name:      Travis Alexander et al v. Garry D. Whitfield et al

Dear Sir/Madam:

   Pursuant to this Court's ORDER OF REMAND issued on      5/20/2025     , the above−referenced case is hereby remanded to your jurisdiction.

   Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

   Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By:   /s/ Linda Chai
         Deputy Clerk
         Linda_Chai@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

By: _____
         Deputy Clerk

_____
Date

G−17 (06/24)     LETTER OF TRANSMITTAL − REMAND TO SUPERIOR COURT